JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

DOUGLAS SPRAGUE (CSBN 202121)
Assistant United States Attorney

   1301 Clay Street; Suite 340-S
   Oakland, California 94612
   Telephone: (510) 637-3771

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 09-00143 DLJ |
|    Plaintiff, | |
| v. | NOTICE OF DISMISSAL and **ORDER** |
| IRIK DUPAR, | |
|    Defendant. | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), and because the defendant received a state prison sentence for the conduct giving rise to this Indictment, the United States Attorney for the Northern District of California dismisses the Indictment returned against this defendant and requests that the arrest warrant be recalled.

DATED:    May 20, 2009        Respectfully submitted,

                                            JOSEPH P. RUSSONIELLO
                                            United States Attorney

                                            W. DOUGLAS SPRAGUE
                                            Assistant United States Attorney

**LEAVE GRANTED and ARREST WARRANT RECALLED:**

DATED:    May 22, 2009

                                            D. LOWELL JENSEN
                                            United States District Court Judge

NOTICE OF DISMISSAL AND RECALL OF WARRANT;
CR 09-00143 DLJ